**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Regina Marie Dutton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MARIE DUTTON,<br><br>  Plaintiff,<br><br>  v<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | No. EDCV13-00049 JCG<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS and FORTY-SEVEN CENTS ($3,422.47) for attorney fees and THREE HUNDRED NINETY-ONE DOLLARS and SIXTY-TWO CENTS ($391.62) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 14, 2014

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

1